# UNITED STATES DISTRICT COURT

### District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                           CASE NO.    14-10057-01-02-03-JTM

**BILLY J. ANTROBUS,**
**HARVEY D. SALISBURY, and**
**DUSTELIA D. WATTS,**

      Defendant.

## INDICTMENT

### COUNT ONE

On or about March 7, 2013, in the District of Kansas,

**DUSTELIA D. WATTS**
**and**
**BILLY J. ANTROBUS**

the defendants herein, with intent to defraud, did possess, pass and utter a falsely made, forged and altered obligations and securities of the United States, that is United States Federal Reserve Notes, to wit;

- one (1) Fifty Dollar ($50.00) Federal Reserve Note, bearing serial JB39102477A;

- one (1) Fifty Dollar ($50.00) Federal Reserve Note, bearing serial number JJ11839460A;

- eleven (11) Twenty Dollar ($20.00) Federal Reserve Notes, bearing serial number JK80651463A;

- eight (8) Twenty Dollar ($20.00) Federal Reserve Notes, bearing serial number JD59929473C, and

- eight (8) Twenty Dollar ($20.00) Federal Reserve Notes, bearing serial number JL02145996F.

The above being in violation of Title 18, United States Code, §§ 472 and 2.

## COUNT TWO

On or about March 8, 2013, in the District of Kansas,

**DUSTELIA D. WATTS**
**and**
**BILLY J. ANTROBUS**

the defendants herein, with intent to defraud, did possess, pass and utter a falsely made, forged and altered obligations and securities of the United States, that is United States Federal Reserve Notes, to wit;

- one (1) One Hundred Dollar ($100.00) Federal Reserve Note, bearing serial number KJ23159898A;

- four (4) One Hundred Dollar ($100.00) Federal Reserve Notes, bearing serial number FB07507614D: and

- two (2) Fifty Dollar ($50.00) Federal Reserve Notes, bearing serial number JJ11839460A.

The above being in violation of Title 18, United States Code, §§ 472 and 2.

## COUNT THREE

Beginning at a time unknown to the Grand Jury but continuing until on or about March 8, 2013, in the District of Kansas,

**BILLY J. ANTROBUS**
and
**HARVEY D. SALISBURY**

the defendants herein, with intent to defraud, did falsely make or counterfeit an obligation or other security of the United States, to wit; the defendants manufactured counterfeit:

- one (1) Fifty Dollar ($50.00) Federal Reserve Note, bearing serial number JB39102477A;

- one (1) Fifty Dollar ($50.00) Federal Reserve Note, bearing serial number JJ11839460A;

- eleven (11) Twenty Dollar ($20.00) Federal Reserve Notes, bearing serial number JK80651463A;

- eight (8) Twenty Dollar ($20.00) Federal Reserve Notes, bearing serial number JD59929473C;

- eight (8) Twenty Dollar ($20.00) Federal Reserve Notes, bearing serial number JL02145996F;

- one (1) One Hundred Dollar ($100.00) Federal Reserve Note, bearing serial number KJ23159898A;

- four (4) One Hundred Dollar ($100.00) Federal Reserve Notes ($100), bearing serial number FB07507614D;

- two (2) Fifty Dollar ($50.00) Federal Reserve Notes, bearing serial number JJ11839460A;

- four sheets of uncut Twenty Dollar ($20.00) Federal Reserve Notes, bearing serial numbers JK81241854A, JD59929473C, and JK80651463A.

The above being in violation of Title 18, United States Code, §§ 471 and 2.

## COUNT FOUR

On or about March 8, 2013, in the District of Kansas, the defendant,

**HARVEY D. SALISBURY,**

did knowingly and without lawful authority produce an identification document, and a false identification document, in and affecting interstate commerce, to wit; the defendant manufactured a false Kansas Driver's License, bearing the defendant's picture but in the name of Mark H., a real person, and bearing number K00-54-2494.

The above being in violation of Title 18, United States Code, §§ 1028(a)(1) and 2.

## COUNT FIVE

On or about March 8, 2013, in the District of Kansas, the defendant,

**HARVEY D. SALISBURY,**

did knowingly and without lawful authority produce an identification document, and a false identification document, in and affecting interstate commerce, to wit; the defendant manufactured a false Kansas Driver's License, bearing the defendant's picture but in the name of Doug B., a real person, and bearing number K01-63-9333.

The above being in violation of Title 18, United States Code, §§ 1028(a)(1) and 2.

## COUNT SIX

On or about March 8, 2013, in the District of Kansas, the defendant,

**HARVEY D. SALISBURY,**

during and in relation to a felony violation, did knowingly possess and use, without lawful authority a means of identification of another person, to wit; the defendant possessed a false Kansas Driver's License bearing his photograph and a license number of K00-54-2494, but in the name of Mark H., a real person.

The above act being in violation of Title 18, United States Code, §1028A.

## COUNT SEVEN

On or about March 8, 2013, in the District of Kansas, the defendant,

**HARVEY D. SALISBURY,**

during and in relation to a felony violation, did knowingly possess and use, without lawful authority a means of identification of another person, to wit; the defendant possessed a false Kansas Driver's License bearing his photograph and a license number of K01-63-9333, but in the name of Doug B., a real person.

The above act being in violation of Title 18, United States Code, §1028A.

## COUNT EIGHT

On or about March 8, 2013, in the District of Kansas, the defendant,

**BILLY J. ANTROBUS,**

did knowingly and without lawful authority produce an identification document, and a false identification document, in and affecting interstate commerce, to wit; the defendant manufactured a false Kansas Driver's License, bearing the defendant's picture but in the name of Kevin F., a real person, and bearing number K03-41-6377.

The above being in violation of Title 18, United States Code, §§ 1028(a)(1) and 2.

## COUNT NINE

On or about March 8, 2013, in the District of Kansas, the defendant,

**BILLY J. ANTROBUS,**

during and in relation to a felony violation, did knowingly possess and use, without lawful authority a means of identification of another person, to wit; the defendant possessed a false Kansas Driver's License bearing his photograph and a license number of K03-41-6377, but in the name of Kevin F., a real person.

The above act being in violation of Title 18, United States Code, §1028A.

**A TRUE BILL.**

| | |
|---|---|
| April 2, 2014 | s/Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

  s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov

[It is requested that jury trial be held in Wichita, Kansas.]